SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
SASCHA HENRY, Cal Bar No. 191914
shenry@sheppardmullin.com
KHIRIN A. BUNKER, Cal Bar No. 329314
kbunker@sheppardmullin.com
350 S. Grand Ave., 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

PAUL W. GARRITY, *Pro Hac Vice Forthcoming**
pgarrity@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

Attorneys for Defendant RB HEALTH (US) LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YALINDA ROBINSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

RB HEALTH (US) LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:26-cv-04765-AS

**DEFENDANT'S OPPOSITION TO NON-PARTY JOHN BROSNAN'S MOTION FOR JOINDER**

Pursuant to the Court's order dated June 15, 2026 (ECF 13), Defendant RB Health (US) LLC ("Defendant") submits the following opposition to the Motion for Joinder (ECF 12) (the "Motion") filed by non-party John Brosnan ("Brosnan"). The Motion should be denied for several independent reasons.

First, Brosnan has not met the requirements of Federal Rule of Civil Procedure 20(a). Per sub-section (a)(1), permissive joinder of plaintiffs is only "proper if (1) the plaintiffs assert[] a right to relief arising out of the same transaction and occurrence and (2) some question of law or fact common to all the plaintiffs will arise in the action." *Visendi v. Bank of Am., N.A.*, 733 F.3d 863, 870 (9th Cir. 2013). Here, Brosnan's vague allegations set forth in the Motion do not establish that: (i) he made any purchase(s) of the "Airborne Vitamin C 1,000 mg Very Berry Chewable Tablets" within the relevant time period, (ii) the alleged purchase(s) occurred in California, or (iii) he resides within the district. Therefore, he has not demonstrated that his claims are sufficiently similar to those alleged by Plaintiff Yalinda Robinson ("Plaintiff").

Second, as confirmed by Plaintiff's opposition (*see* ECF 14), no party to this action has sought to join Brosnan in this lawsuit thereby "making the procedural mechanism of joinder improper." *See Campbell v. eBay, Inc.*, No. 13-cv-02632-YGR, 2014 U.S. Dist. LEXIS 151250, at **5-6 (N.D. Cal. Oct. 24, 2014) (denying third-parties' motion for joinder under Rules 19 and 20 and noting that the third-parties had cited "no other authority addressing the propriety of allowing third party putative class members [to] join in a class complaint as named plaintiffs [. . .] particularly over the objection of the existing parties to the action.").

Finally, Brosnan failed to satisfy the meet and confer requirements of Local Rule 7-3 before filing his motion – as neither party was aware of the motion prior to its filing. *See Tri-Valley CAREs v. U.S. Dept. of Energy*, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion."); *see also* ECF 14 at p. 4.

For the foregoing reasons, Defendant respectfully requests that the Court deny the Motion.

Dated: June 22, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *\/s\/ Sascha Henry*

SASCHA HENRY
KHIRIN A. BUNKER
PAUL W. GARRITY*

Attorneys for Defendant
RB HEALTH (US) LLC