SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
SASCHA HENRY, Cal Bar No. 191914
shenry@sheppardmullin.com
KHIRIN A. BUNKER, Cal Bar No. 329314
kbunker@sheppardmullin.com
350 S. Grand Ave., 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

PAUL W. GARRITY, *Pro Hac Vice Forthcoming*
pgarrity@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

Attorneys for Defendant RB HEALTH (US) LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YALINDA ROBINSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

RB HEALTH (US) LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:26-cv-04765-AS

**STIPULATION TO VACATE CURRENT DEADLINE TO RESPOND TO INITIAL COMPLAINT TO ALLOW TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT**

Complaint served: May 12. 2026
Current response date: July 2, 2026
New response date: August 14, 2026

**STIPULATION**

WHEREAS, Plaintiff Yalinda Robinson ("Plaintiff") served her putative Class Action Complaint (the "Complaint") on RB Health (US) LLC ("Defendant") on May 12, 2026;

WHEREAS, pursuant to L.R. 8-3, the parties previously agreed to extend Defendant's time to respond to the Complaint to July 2, 2026;

WHEREAS, on June 25, 2026, the Parties met and conferred pursuant to L.R. 7-3 regarding the grounds for Defendant's anticipated motion to dismiss and motion to strike certain allegations in Plaintiff's Complaint;

WHEREAS, during the meet and confer, Plaintiff elected to exercise her right to file an amended complaint pursuant to Federal Rule of Civil Procedure 15 to address some of the perceived deficiencies in Plaintiff's Complaint and narrow the scope of the issues;

WHEREAS, in order to preserve judicial resources, the parties agree that vacating the July 2, 2026 deadline to respond to the Complaint to allow time for Plaintiff's amendment of the Complaint would be prudent;

WHEREAS, the parties agree that Plaintiff will file an amended complaint by July 15, 2026 and Defendant shall have until August 14, 2026 to file a responsive pleading;

ACCORDINGLY, the parties request that the Court enter an order:

(1) vacating the current July 2, 2026 deadline for Defendant to respond to the Complaint;

(2) setting a deadline of July 15, 2026 for Plaintiff to file an amended complaint; and

(3) setting a deadline of August 14, 2026 for Defendant to file a responsive pleading to the anticipated amended complaint.

Dated: June 26, 2026

LAW OFFICE OF LEVI M. PLESSET

By *-/s/ Levi M. Plesset*
LEVI M. PLESSET

Attorneys for Plaintiff

Dated: June 26, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *-/s/ Khirin A. Bunker*
KHIRIN A. BUNKER

Attorneys for Defendant
RB HEALTH (US) LLC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf this document is submitted, concur in this document's content and have authorized the filing of this document.

Dated: June 26, 2026

*/s/ Khirin A. Bunker*
KHIRIN A. BUNKER