# EXHIBIT 1


very berry
natural flavor
MORE
IMMUNE SUPPORT
INGREDIENTS*‡
Airborne®
Immune Support*
7 KEY NUTRIENTS for IMMUNE SUPPORT*
VITAMIN C 1000 mg
+ Vitamin D + Zinc
+ Vitamins A + E
+ Selenium
+ Manganese
DIETARY SUPPLEMENT
64 CHEWABLE TABLETS


4
CHEWABLE TABLETS =
7
IMMUNE SUPPORTING
INGREDIENTS*
1000 mg of
Vitamin C
NOW WITH 38 mcg
(1500 IU) of
Vitamin D
NOW WITH 100%
Daily Value of
Zinc
Excellent Source of
Vitamin A,
Vitamin E,
Selenium &
Manganese
Original Herbal Blend
Including Echinacea
& Ginger
Gluten Free
‡Now includes Vitamin D and more Zinc than our Original formula

**DIRECTIONS:** Adults and children 14 years of age and older: Chew four (4) tablets daily. Children 4 years of age and older: Chew two (2) tablets daily. Not for younger children.

# Supplement Facts

Serving Size 2 tablets (4 years of age and older)/4 tablets (14 years of age and older)
Servings Per Container 32 (2 tablets)/16 (4 tablets)

| | 4 years of age and older (2 tablets) | | 14 years of age and older (4 tablets) | |
|---|---|---|---|---|
| | **Amount/Serving** | **% DV** | **Amount/Serving** | **% DV** |
| Calories | 5 | | 15 | |
| Total Carbohydrate | 2 g | 1%* | 3 g | 1%* |
| Total Sugars | 2 g | † | 3 g | † |
| Includes Added Sugars | 2 g | 4%* | 3 g | 6%* |
| Vitamin A (as retinyl acetate) | 90 mcg | 10% | 180 mcg | 20% |
| Vitamin C (as ascorbic acid and sodium ascorbate) | 500 mg | 556% | 1000 mg | 1111% |
| Vitamin D (as cholecalciferol) | 19 mcg | 95% | 38 mcg | 190% |
| Vitamin E (as dl-alpha tocopheryl acetate) | 1.5 mg | 10% | 3 mg | 20% |
| Zinc (as zinc sulfate) | 5.5 mg | 50% | 11 mg | 100% |
| Selenium (as selenium amino acid chelate) | 5.5 mcg | 10% | 11 mcg | 20% |
| Manganese (as manganese gluconate) | 0.23 mg | 10% | 0.46 mg | 20% |
| Sodium | 20 mg | 1% | 40 mg | 2% |
| Proprietary Herbal Blend *Lonicera japonica* (flower), *Forsythia suspensa* (fruit), *Schizonepeta tenuifolia* (aerial), Ginger (*Zingiber officinale* [root]), *Vitex trifolia* (fruit), *Isatis tinctoria* (root), *Echinacea purpurea* (aerial) | 17.75 mg | † | 35.5 mg | † |

*Percent Daily Values are based on a 2,000 calorie diet.
†Daily Value not established.

**Other Ingredients:** dextrose, beet juice color, magnesium stearate, sucralose, natural flavor, microcrystalline cellulose, silicon dioxide


OUR STORY
DEVELOPED BY A FORMER SCHOOL TEACHER, AIRBORNE® PRODUCTS ARE A SPECIALLY
CRAFTED BLEND
OF VITAMINS, MINERALS, & HERBS DESIGNED TO SUPPORT YOUR IMMUNE SYSTEM*
NO WATER NEEDED
ACTUAL SIZE
Dist. by: RB Health (US) LLC, Parsippany, NJ 07054-0224
©2024 RB Health
Questions? 1-800-526-6251
www.airbornehealth.com
Do not take if pregnant, breastfeeding, on medication, or with a known medical condition unless you have consulted a physician.
Always consult your pediatrician before giving your child dietary supplements.
KEEP OUT OF REACH OF CHILDREN.
Protected with a tamper evident seal. Do not use if seal under cap is broken or missing.
Store in a cool, dry place with lid tightly closed.
reckitt
★THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.


Airborne®
REWARDS
Go to www.airbornehealthrewards.com for details.
Upload receipt for savings & rewards.
Valid for US residents only.
★THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.


3313474
082624
Discard Seal, Empty & Replace Cap
Check Locally*
PAPER BOX
PLASTIC BOTTLE
how2recycle.info
*Not recycled in all communities
LOT:AHC308
EXP:04/2027
6 47865 18630 4


very berry
natural flavor
MORE IMMUNE SUPPORT INGREDIENTS*‡
Airborne®
Immune Support*
7 KEY NUTRIENTS for IMMUNE SUPPORT*
VITAMIN C 1000 mg
+Vitamin D +Zinc
+Vitamins A +E
+Selenium
+Manganese
DIETARY SUPPLEMENT
64 CHEWABLE TABLETS


Supplement Facts
Serving Size 2 tablets (4 years of age and older)/4 tablets (14 years of age and older)
Servings Per Container 32 (2 tablets)/16 (4 tablets)
4 years of age and older (2 tablets) Amount/Serving % DV
14 years of age and older (4 tablets) Amount/Serving % DV
Calories 5 15
Total Carbohydrate 2 g 1%* 3 g 1%*
Total Sugars 2 g † 3 g †
Includes Added Sugars 2 g 4%* 3 g 6%*
Vitamin A (as retinyl acetate) 90 mcg 10% 180 mcg 20%
Vitamin C (as ascorbic acid and sodium ascorbate) 500 mg 556% 1000 mg 1111%
Vitamin D (as cholecalciferol) 19 mcg 95% 38 mcg 190%
Vitamin E (as dl-alpha tocopheryl acetate) 1.5 mg 10% 3 mg 20%
Zinc (as zinc sulfate) 5.5 mg 50% 11 mg 100%
Selenium (as selenium amino acid chelate) 5.5 mcg 10% 11 mcg 20%
Manganese (as manganese gluconate) 0.23 mg 10% 0.46 mg 20%
Sodium 20 mg 1% 40 mg 2%
Proprietary Herbal Blend 17.75 mg † 35.5 mg †
Lonicera japonica (flower), Forsythia suspensa (fruit), Schizonepeta tenuifolia (aerial), Ginger (Zingiber officinale (root)), Vitex trifolia (fruit), Isatis tinctoria (root), Echinacea purpurea (aerial)
*Percent Daily Values (DV) are based on a 2,000 calorie diet.
†Daily Value not established.
LOT:
EXP:


Other Ingredients: dextrose, beet juice color, magnesium stearate, sucralose, natural flavor, microcrystalline cellulose, silicon dioxide
Dist. by: RB Health (US) LLC
Parsippany, NJ 07054-0224
©2024 RB Health
Questions? 1-800-526-6251
www.airbornehealth.com
DIRECTIONS: Adults and children 14 years of age and older: Chew four (4) tablets daily. Children 4 years of age and older: Chew two (2) tablets daily. Not for younger children.
Do not take if pregnant, breastfeeding, on medication, or with a known medical condition unless you have consulted a physician.
Always consult your pediatrician before giving your child dietary supplements.
KEEP OUT OF REACH OF CHILDREN.
Protected with a tamper evident seal. Do not use if seal under cap is broken or missing.
Store in a cool, dry place with lid tightly closed.
reckitt
4 CHEWABLE TABLETS =
7 IMMUNE SUPPORTING INGREDIENTS*
1000 mg of Vitamin C
NOW WITH 38 mcg (1500 IU) of Vitamin D
NOW WITH 100% Daily Value of Zinc
Excellent Source of Vitamin A, Vitamin E, Selenium & Manganese
‡Now includes Vitamin D and more Zinc than our Original formula
Discard Seal, Empty & Replace Cap
Check Locally*
PLASTIC BOTTLE
*Not recycled in all communities
how2recycle.info
082624
*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION.
THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.


magnesium stearate, sucralose,
©2024 RB Health
reckitt
have consulted a physician.
giving your child dietary supplements.
Do not use if seal under cap is broken
TABLETS =
INGREDIENTS*
Daily Value of Zinc
Vitamin A,
Manganese
Discard Seal, Empty & Replace Cap
Check Locally*
PLASTIC BOTTLE
*Not recycled in all communities
how2recycle.info
082624
*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.
very berry
natural flavor
7
VITAMIN C 1000mg
+Vitamin D +Zinc
+Vitamins A +E
+Selenium
+Manganese
DIETARY SUPPLEMENT