SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
SASCHA HENRY, Cal Bar No. 191914
shenry@sheppardmullin.com
KHIRIN A. BUNKER, Cal Bar No. 329314
kbunker@sheppardmullin.com
350 S. Grand Ave., 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

PAUL W. GARRITY, *Pro Hac Vice Forthcoming*
pgarrity@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

Attorneys for Defendant RB HEALTH (US) LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YALINDA ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RB HEALTH (US) LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04765-AS<br><br>**DECLARATION OF KHIRIN A. BUNKER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: October 8, 2026<br>Time: 10:00 a.m.<br>Crtrm: 540<br>Judge: Hon. Alka Sagar |

**DECLARATION OF KHIRIN A. BUNKER**

I, Khirin A. Bunker declare as follows:

1. I am an attorney with the law firm of Sheppard Mullin Richter & Hampton LLP, counsel for defendant RB Health (US) LLC ("Defendant") in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. On August 6, 2026, I met with counsel of record for Plaintiff Yalinda Robinson, David Baldwin and Levi Plesset, via Zoom regarding the arguments raised in Defendant's concurrently-filed Motion to Dismiss Plaintiff's Amended Complaint. The parties were unable to reach a resolution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of August 2026, at Los Angeles, California.

KHIRIN A. BUNKER