David A. Baldwin (SBN 301970)
**LAW OFFICE OF DAVID BALDWIN**
333 S. Grand Ave., Suite 3310
Los Angeles, CA 90071
Telephone: (323) 595-3989
Facsimile: (323) 417-5176
david@davidbaldwinlaw.com

Levi M. Plesset (SBN 296039)
**LAW OFFICE OF LEVI PLESSET**
770 Haiku Rd., P.O. Box 1248
Haiku, HI 96708
Tel: (510) 499-7100
levi@plessetlaw.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YALINDA ROBINSON, on behalf of herself and all others similarly situated and the public,<br><br>Plaintiffs,<br><br>vs.<br><br>RB HEALTH (US) LLC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.:** 2:26-CV-04765-AS<br><br>**PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE FOR HEARING RE: MOTION TO DISMISS**<br><br>Date: October 15, 2026<br>Time: 10:00 a.m.<br>Courtroom: 540<br>Judge: Hon. Alka Sagar<br><br>[Declaration of Levi M. Plesset submitted concurrently herewith] |

Counsel for Plaintiff, Levi Plesset, respectfully requests the ability to appear remotely for the hearing scheduled for October 15, 2026, on Defendant's Motion To Dismiss. Good cause exists for this request as Levi Plesset is out-of-state and wishes to participate in the hearing. (Declaration of Levi M. Plesset, ¶ 3.) David Baldwin, also counsel for Plaintiff and the putative

class, will be appearing for this hearing in person.

Pursuant to Local Rule 7-3, undersigned counsel spoke with counsel for Defendant RB Health (US) LLC, Mr. Khirin Bunker, who has no objection to counsel Levi Plesset appearing remotely for the hearing on Defendant's Motion To Dismiss. (Plesset Dec., ¶ 4.)

Respectfully submitted,

Dated: October 9, 2026

**LAW OFFICE OF LEVI PLESSET**

By: ______________________________
Levi M. Plesset

Attorney for Plaintiff
and the Proposed Class

Dated: October 9, 2026

**LAW OFFICE OF DAVID BALDWIN**

By: /s/ David A. Baldwin
David A. Baldwin

Attorney for Plaintiff
and the Proposed Class